IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAY JAMES,

     Petitioner,

v.

STATE OF FLORIDA, et al.,

     Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4361

Opinion filed November 13, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Ray James, pro se, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondents.

PER CURIAM.

     DENIED. See Smartt v. First Union National Bank, 771 So. 2d 1232 (Fla. 5th

DCA 2000).

LEWIS, C.J., THOMAS and OSTERHAUS, JJ., CONCUR.